[No. 22023-1-III. Division Three. October 20, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. DUANE JONATHAN KOSLOWSKI, *Appellant*.

Appeal from a judgment of the Superior Court for Yakima County, No. 02-1-02351-2, Michael W. Leavitt, J., entered April 24, 2003. *Affirmed in part, reversed in part,* and *remanded* by unpublished opinion per Kurtz, J., concurred in by Sweeney, A.C.J., and Brown, J.

[No. 22369-8-III. Division Three. October 20, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. JAMIE LEE BECKER, *Appellant*.

Appeal from a judgment of the Superior Court for Lincoln County, No. 03-1-00006-7, Philip W. Borst, J., entered August 5, 2003. *Affirmed* by unpublished opinion per Sweeney, J., concurred in by Kato, C.J., and Schultheis, J.

[No. 22562-3-III. Division Three. October 20, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. JUAN RUIZ SALINAS, *Appellant*.

Appeal from a judgment of the Superior Court for Yakima County, No. 02-1-01092-5, James P. Hutton, J., entered October 28, 2003. *Reversed* by unpublished opinion per Sweeney, A.C.J., concurred in by Schultheis and Brown, JJ.

[No. 22917-3-III. Division Three. October 20, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. ERIC K. JOHNSON, *Appellant*.

Appeal from a judgment of the Superior Court for Chelan County, No. 03-1-00329-9, Ted W. Small, J., entered March 8, 2004. *Affirmed* by unpublished opinion per Sweeney, A.C.J., concurred in by Schultheis and Brown, JJ.